Pedro Nicholas Holguin #59305
Full Name/Prisoner Number

Level 6 South-1 A-B #101

P.O. Box 1059
Complete Mailing Address

Santa Fe, New Mex. 87504-1059

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 23 2022

MITCHELL R. ELFERS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Civil Action No. __22cv213 DHU-GJF__
(To be supplied by the Court)

Pedro Nicholas Holguin #59305
_____, Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

Justice Dept., Pardon and Parole Dept., and
Third Judicial Dist. Court also CMS of , Defendant(s).
(Do not use *et al.*)
NMDOC and Adult Prisons of the NMDOC.

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. **P Holguin, N. Pedro #59305** is a citizen of **New Mexico** who
   (Plaintiff)                                              (State)

presently resides at **P.O. Box 1059, Santa Fe, New Mex, 87504-1059**
(mailing address or place of confinement)

2. Defendant **All parties named above** is a citizen of **New Mexico**
   (name of first defendant)                              (State)

whose address is **whoever, wherever they may reside in this State**

and who is employed as **what I stated or haven't** At the time the claim(s)
(title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
___ Yes  _X_ No.  If your answer is "Yes," briefly explain: **Defendant is and still was acting under authoritively carelessness to stating, no returning of my or other supervision on check re-examine and supervise employers they're under, their task and as well as future projects of their own main positions.**

3. Defendant _____ is a citizen of _____
   (name of second defendant)                              (State)

whose address is _____

and who is employed as _____. At the time the claim(s)
                        (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
____Yes ____No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
__X__  Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
_____  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____
_____

## B. NATURE OF THE CASE

BRIEFLY state the background of your case. I was sentenced on a plea-deal to 5/five 2nd Degrees of CSP/Personal Injury, but w/the plea-deal was 9 yrs on every 2nd Degree of all 5/five, but to suspend 5 years, and to complete 4 years of each 5/five 2nd Degrees, which is 4 years consecutively x 5 2nd Degrees = 20 years and 182 days post-time conviction, no good-time, and no RDP and Forensic eval mental states therapeutic hold. I have been incarcerated for 22 years straight since I was arrested on June 22nd 2002.

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: If I was and am a convict of a personal-injury, then why if I would have been atleast given a little more than 11 years and I was given 10 years parole, 2 years parole x 5/five 2nd Degrees = 10 years parole, and I have been incarcerated over my deal to and w/the state, and also the unagreed 10 years of inhouse parole.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Claim II: I feel how my own Civil Rights, and Constitutional Rights, have been violated by inhumane and ill-will of unprovoked treatment of the carelessness of the Courts of law and as well as the NMDOC.

Supporting Facts:
I have not been noticed of my 10 year commencement of parole, or my whereabouts as a paroled ex-con, and the OMS/offenders Management Services, of the New Mexico Dept. of Corrections are bad have displayed carelessness as well as inhumane and non-justifiable treatment to a convicted inmate, the clear through as seen of overtime in a fabricated prison sentence.

3

**Claim III:** _____

_____

Supporting Facts:

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____ Yes _X_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

   Plaintiff(s): _n/a yet_

   Defendant(s): _____

b. Name and location of court and docket number _State of New Mex Vs Pedro N. Holguin_

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _It is still pending, due to the fact that I am still incarcerated_

d. Issues raised: _I have been illegally housed beyond my sentence._

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _X_ Yes ____ No.

If your answer is "Yes," briefly describe how relief was sought and the results. _I have spoken to my case worker on my issue/nt of complaint and the 3rd Judicial Dist Court as well as the Dist Court of Ab__ but no fruitful reply on what I've explained of Nature of the_
3. I have exhausted available administrative remedies. ____ Yes ____ No. If your answer is "Yes," case and briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why also administrative remedies were not exhausted. _I don't know if I have. Claim I_

4

## E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): Pedro Nicholas Holguin #59305

   Defendant(s): The parties/

b. Name and location of court and docket number  The 3rd Judicial Dist Court 201 W. Picacho, Las Cruces, N.Mex

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument. I don't know?

## G. REQUEST FOR RELIEF

I request the following relief: To retain back legal and legitimate also clean/w-out any flaws my entire history of credentials, and property as well as my firm occupations and pay never received, plus reimbursement of that/those errors, I would like temporary position under rank and rightful position humbly I was til I am cleared through retraing and also schooling. And proof of wrongdoing of not my legal positional and housing residential status since June 27th 2002 for my labor and union workmanship clearace and code of honor as well as ethics. w/Respects.

**Prisoner's Original Signature**             Original signature of attorney (if any)

_____

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____
                 (location)                    (date)

                                          Prisoner's Original Signature

SF-1915 Leave to Proceed

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

<u>Pedro Nicholas Holguin #59305</u>

Plaintiff(s)/Petitioner(s),

v.                                                                 No. CIV _____

Defendant(s)/Respondent(s).

<u>State of New Mexico/ Unended and continued also disconsolate feud after 17 yrs.</u>

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

(1)  I am unable to pay such fees or give security therefor. <u>Yes, I am.</u>

(2)  The nature of this action is: <u>for my freedom from my now and still incarceration, and to the streets however it may be and/as well as whatever else the courts decide I am entitled to.</u>

(3)  I am entitled to redress. <u>To state how I was legally wronged in being served more time than should and being incarcerated/period.</u>

(4)  I authorize the institution in which I am or have been incarcerated, to release any information concerning my inmate account(s) or other information concerning my financial affairs. I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of this Court payments in accordance with 28 U.S.C. § 1915(b)(2). <u>Yes, I do.</u>

SF-1915 Leave to Proceed

(5) I acknowledge and consent that a portion of any recovery, as directed by the Court, shall be paid to the Clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.
Yes, I do.

6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

The courts will rightfully as well as whomever is needed or respectfully required to be paid and have this info/411, than they do or will by my permission, which is now granted.

**REQUIRED CERTIFICATION**: you must attach to this motion and affidavit acertified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certifiedcopy of your trust fund account statement (or insutional equivalent) from the appropriate official or each penal instritution at which you are or were confined during the six-month period."

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  PNM-South 1A-B #701  on  4-21-2022
                    (location)                          (date)

Pedro N. Holguin #59205
Prisoner's Original Signature

2

SF-1915 Leave to Proceed

Additional Page for Item 6  My paperwork of my J-N-S and Sentence of all its formats and truthful entire description.

My paperwork stated,

Ct. 1 - 2nd Degree of CSP/Personal Injury - 9yrs. prison time, but to 5yrs. suspended and 4yrs. to be completed and 2yrs. parole.

Ct. 2 - 2nd Degree of CSP/Personal Injury - 9yrs. prison time, but to suspend 5yrs. and complete 4yrs. and 2yrs. parole.

Ct. 3 - 2nd Degree of CSP/Personal Injury - 9yrs. prison time, but to suspend 5yrs. and complete 4yrs. and 2yrs. parole.

Ct. 4 - 2nd Degree of CSP/Personal Injury - 9yrs. prison time, but to suspend 5yrs. and complete 4yrs. and 2yrs. parole.

Ct. 5 - 2nd Degree of CSP/Personal Injury - 9yrs. prison time, but to suspend 5yrs. and complete 4yrs. and 2yrs. parole.

I would receive this deal under the (AEDPEA) Anti-Terrorist Executive Death Penalty Execution Act of 31 to 33yrs, also the 182 days of post-time conviction/jail-hold after arrest till or after prosecution of the accused charges, and ROC as well as Forensic Therputic hold evaluation, also other credit due not awarded yet of time of the retained, restrained, and the incarcerated perp. and not yet convicted inmate and accused person.

| ☐ CNMCF / CMR / CMU P.O. Drawer 1328 Los Lunas, NM 87031 | ☐ GCCF P.O. Box 520 Santa Rosa, NM 88435 | ☐ LCCF 6900 W. Millen DR. Hobbs, NM 88244 | ☐ PNM P.O. Box 1059 Santa Fe, NM 87504 | ☐ SNMCF P.O. Box 639 Las Cruces, NM 88004 | ☐ SNMCF-POU P.O. Box 2005 Las Cruces, NM 88004 | ☐ WWCF P.O. Drawer 250 Grants, NM 87020 | ☐ NENMDF 185 Doctor Michael Jenkins Rd. Clayton, NM 88415 | ☐ CCA-NNMCC P.O. Box 800 Grants, NM 87020 |

Name _____
No. _____ Unit _____

Date: _____

~To whom it may concern~

Hello, my name is Pedro Nicholas Holguin #57325, and for now I am in the level I South LA-3 #707 Unit. I am wondering if I could receive my paper work of my final judgment and plea agreement which states how I will receive 7 yrs to commit to in prison, but 5 yrs is to be suspended and 4 yrs is to be upheld in prison and 4 x 5 = 20 yrs which I plead no contest to 5) five 2nd Degrees of CSP Personal Injury, and 4 yrs after each 4 yrs, 4x5=20 yrs, and I was to be given 182 days of good time conviction, good time and BD and Forensic Therapy Mental Competancy hold, I feel in 2002, but was sentenced in 2003 or 2004 in Las Cruces, can you get me that specific papers.

Thank You Very Much~

Respectfully
[signature]

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 23 2022

MITCHELL R. ELFERS
CLERK